**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YONG ZHENG,<br><br>      Petitioner,<br><br>   v.<br><br>ADELANTO ICE PROCESSING<br>CETNER WARDEN, ET AL.,<br><br>      Respondents. | Case No. 5:25-cv-03041-WLH-E<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS **ORDERED** that:  (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition with prejudice.

///

///

It is further **ORDERED** that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 1, 2026.

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE