JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YONG ZHENG,

      Petitioner,

    v.

ADELANTO ICE PROCESSING CENTER WARDEN, ET AL.

      Respondents.

Case No. 5:25-cv-03041-WLH-E

**JUDGMENT**

It is **ADJUDGED** that the Petition is denied and dismissed with prejudice.

**DATED**: June 1, 2026.

 

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE